IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JERRY SLEDGE,

    Plaintiff,

v.                                CASE NO. 1:19-cv-174-AW-GRJ

UNITED STATES OF AMERICA,

    Defendant.

_____/

## REPORT AND RECOMMENDATION

Plaintiff initiated this case by filing a handwritten document construed as *pro se* civil rights case. Plaintiff failed to use the Court's form for *pro se* complaints and failed to either pay the $400 civil case filing fee or a motion for leave to proceed as a pauper. The Court ordered Plaintiff to remedy these deficiencies on or before October 9, 2019. ECF No. 3. Plaintiff was warned that failure to comply would result in a recommendation that this case be dismissed without further notice. *Id.* As of this date, Plaintiff has neither complied nor sought additional time to comply. It therefore appears that Plaintiff has abandoned this case.

Accordingly, it is respectfully **RECOMMENDED** that this case be dismissed for failure to comply with an order of the Court and failure to

prosecute.

**IN CHAMBERS** this 22nd day of October 2019.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge

## NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u> A copy of objections shall be served upon all other parties. If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions. *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636**.