# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

**JERRY SLEDGE,**

    **Plaintiff,**

**v.**                                                             Case No. 1:19-cv-174-AW-GRJ

**UNITED STATES OF AMERICA,**

    **Defendant.**

_____/

## ORDER OF DISMISSAL

The Court has considered the magistrate judge's October 22, 2019 report and recommendation. No objections were filed. The report and recommendation is hereby accepted and adopted as the Court's opinion. The Clerk shall enter a judgment that says, "This case is dismissed based on Plaintiff's failure to comply with a Court order and failure to prosecute." The Clerk shall close the file.

SO ORDERED on December 30, 2019.

                                                                    s/ *Allen Winsor*
                                                                    United States District Judge